UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Perry,
    *Plaintiff*,
    *v.*

FBP Trucking,
    *Defendant*.

Docket No. 17-cv-1094 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by January 12, 2018.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

    IT IS SO ORDERED.

    /s/_____
    Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 12th day of December 2017.